In the Matter of DONALD E. CRIMI, Petitioner.

Submitted January 14, 1946; decided January 24, 1946.

*Donald E. Crimi,* in person, for motion.

No one opposed.

Motion dismissed upon the ground that this court is without power to grant the application.